UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

DONATOS SARRAS

USP Tucson, PO Box 24550

Tucson, AZ 85734

(26739-018)

   PLAINTIFF

      v.

Criminal Division, DOJ

Keeney Building, Suite 1127

Washington, DC 20530

   DEFENDANT

_____/

Case: 1:19-cv-00861
Assigned To : Cooper, Christopher R.
Assign. Date : 3/25/2019
Description: FOIA/Privacy Act (I-DECK)

COMPLAINT

COMES NOW Mr. Donatos Sarras ("Plaintiff") pro se and files this Complaint against the Criminal Division of the United States Department of Justice ("the Division"), and states:

1. This Complaint is launched pursuant to 5 USC §552, all applicable laws and court rules.

2. On May 16, 2016, and August 20, 2018, Petitioner mailed via certified mail to the Division two separate requests under the Freedom of Information Act ("FOIA/PA") regarding records concerning himself (Exhibits 1A and 1B respectively).

3. On June 7, 2016 and September 24, 2018, the Division designated Petitioner's FOIA/PA requests as CRM-300525988 and CRM-300680195 respectively (Exhibits 2A and 2B).

-1-



4. To date the Division has not provided to Petitioner the records he has requested regardless of his efforts (Exhibits 3-14).

WHEREFORE, Plaintiff seeks judgement against the Criminal Division of the United States Department of Justice:
  (a) ordering the Division to provide to Petitioner without further delay the records he requested with his FOIA requests CRM-300525988 and CRM-300680195; and
  (b) granting Petitioner the costs and expenses associated with this action.

Signed this __THURSDAY__ March __21__, 2019.

Respectfully Submitted,

*[signature]*

Donatos Sarras

PO Box 24550

Tucson, AZ 85734

## DECLARATION AND CERTIFICATE OF SERVICE

I, DONATOS SARRAS, DECLARE AND CERTIFY under penalty of perjury per 28 USC §§1621 and 1746 that I am incarcerated and on this 21 day of March, 2019, I delivered the present COMPLAINT to the prison's legal mail system with first-class postage prepaid by me; and also mailed true copies of it via certified mail to:

(1) the US Attorney General at 950 Pennsylvania Avenue NW, Washington DC 20530 (certified tracking number 70163010000058221882);

(2) the civil-process clerk at the District of Columbia US Attorney's office at 555 Fourth Street NW, Washington DC 20530 (certified tracking number 70163010000058221868); and

(3) the Criminal Division of the US Department of Justice at Keeney Building, Suite 1127, Washington DC 20530 (certified tracking number 70163010000058221851);

                                                          _____
                                                                      Donatos Sarras