UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONATOS SARRAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Civil Action No. 19-0861 (CRC) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

**<u>DECLARATION OF CHRISTINA BUTLER</u>**

I, Christina Butler, declare:

1.      I am the Chief of the Freedom of Information Act ("FOIA")/Privacy Act ("PA") Unit in the Office of Enforcement Operations ("OEO") in the Criminal Division ("Criminal Division") of the United States Department of Justice ("DOJ").  I have held this position since August 25, 2022.  I served as the Deputy Chief of the FOIA/PA Unit from January 23, 2017, to my current appointment. I am a member of the Illinois Bar.

2.      In my official capacity, I supervise thirteen employees whose mission it is to effectively respond to requests for access to Criminal Division records.  Furthermore, I am responsible for, among other things, supervising the handling of the FOIA and PA requests processed by the Criminal Division, FOIA/PA Unit.  Additionally, I am responsible for, among other things, providing litigation support and assistance to Assistant United States Attorneys and Civil Division Trial Attorneys who represent the Criminal Division in lawsuits filed in federal court under the FOIA and/or the PA stemming from requests for Criminal Division records.

3.      The FOIA/PA Unit is responsible for processing FOIA/PA requests that seek

records from the Criminal Division.[1]  The FOIA/PA Unit determines whether the Criminal Division maintains records responsive to FOIA/PA requests, and if so, whether they can be released in accordance with the FOIA and the PA.  In processing such requests, the FOIA/PA Unit consults with personnel in the Criminal Division sections where potentially responsive records may be maintained and, when appropriate, with other components within the Department of Justice, as well as with other Executive Branch agencies.

4.     Due to the nature of my official duties, I am familiar with the procedures followed by the Criminal Division in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the PA, 5 U.S.C. § 552a.  Specifically, I am familiar with the FOIA requests submitted by Plaintiff to the Criminal Division at issue in this litigation and the Criminal Division's actions taken to search for potentially responsive records and respond to Plaintiff's requests.

5.     I make the statements herein based on my personal knowledge, as well as on information provided to me by others within the Criminal Division with knowledge of the search, documents at issue in this case, and the overall processing of Plaintiff's requests, and on information acquired by me in the course of performing my official duties in the FOIA/PA Unit.

6.     On September 27, 2023, this Court issued an order granting in part the Defendant's Motion for Summary Judgment. *See* ECF No. 87 ("Opinion and Order").  Specifically, the Court

---

[1]  The Criminal Division is comprised of seventeen sections: the Office of the Assistant Attorney General, the Appellate Section, the Computer Crime and Intellectual Property Section, the Capital Case Section, the Child Exploitation and Obscenity Section, the Fraud Section, the Human Rights and Special Prosecutions Section, the International Criminal Investigative Training Assistance Program, the Money Laundering and Asset Recovery Section, the Narcotic and Dangerous Drug Section, the Organized Crime and Gang Section, the Office of Enforcement Operations, the Office of International Affairs, the Office of Overseas Prosecutorial Development, Assistance and Training, the Office of Policy and Legislation, the Office of Administration, and the Public Integrity Section.  The FOIA/PA Unit is a component of the Office of Enforcement Operations.

granted summary judgment as to the adequacy of search in response to Plaintiff's OEO Request.[2] The Court also granted summary judgment as to information and records withheld pursuant to Exemptions 5, and 6: (1) Documents 1, 8, 37, 571, and 572; and (2) names and identifying information of lower-level IPTU employees.  Finally, the Court ordered that the Defendant shall paginate and release to Plaintiff the pages from previous releasees that were unpaginated and were redacted in part or in full and submit a revised *Vaughn* and supplemental declaration addressing the issues that resulted in the Court reserving judgment on the remainder of the Defendant's withholdings, specifically: (1) paginate previous releases and explain the fully redacted pages that did not contain claimed exemptions; (2) clarify which documents from the February 16, 2022 interim response were duplicates of an earlier release; and (3) adequately explain which documents the Federal Bureau of Investigation ("FBI") reviewed and redacted.  *See* ECF No. 87.

7.     This declaration is being filed pursuant to this Court's Opinion and Order, to address the three specific issues described in paragraph 6 *supra*.  This declaration supplements and incorporates by reference the declarations of Amanda Marchand Jones dated September 14, 2020 ("Jones Decl.," ECF Nos. 28 and 33), dated February 12, 2021 ("Second Jones Decl.," ECF No. 39), dated December 22, 2021 ("Third Jones Decl.," ECF No. 48) and the declarations of Traci McCoy dated January 9, 2023 ("McCoy Decl.," ECF No. 72) and dated May 5, 2023 ("Second McCoy Decl.," ECF No. 83) in support of the Department's Motion for Summary Judgment.

8.     Attached to this declaration is a Revised Supplemental *Vaughn* Index.  A copy of the Revised Supplemental *Vaughn* Index is attached hereto as Exhibit A.

### Pagination and Redacted Documents with No Claimed Exemptions

9.     On August 5, 2021, this Court issued an order granting in part the Defendant's

---

[2] *See* Declaration of Traci McCoy dated January 9, 2023, ECF No. 72, ¶ 6 for description of Plaintiff's OEO Request.

Motion for Summary Judgment. *See* ECF No. 44.  The Court also ordered the Criminal Division to submit a supplemental declaration addressing the adequacy of the search for Plaintiff's OEO Request.  *See* ECF No. 44.

10.     In response to this Court's August 5, 2021, order, the Criminal Division conducted a supplemental search and issued four responses dated December 22, 2021, February 16, 2022, April 18, 2022, and December 12, 2022.  *See* McCoy Decl. ¶¶ 15-36.

11.     After reviewing the four supplemental responses in this case, I confirm that only the December 12, 2022, supplemental release was paginated.  The pagination bates label for the December 12, 2022, supplemental release is: Supplemental Response Page 1-15. The page numbers correspond with the Revised Supplemental *Vaughn* index.

12.     The remaining three supplemental responses have been paginated in accordance with the Court's Opinion and Order. The page numbers of the three responses correspond with the Revised Supplemental *Vaughn* index for each respective response. The page numbers for each of the three supplemental responses are as follows:

> December 22, 2021 – Interim Response Page No. 1-100
>
> February 16, 2022 – Interim Response Page No. 1-693[3]
>
> April 18, 2022 – Interim Response Page No. 1-92

13.     All pages in the responses dated December 22, 2021, April 18, 2022, and December 12, 2022, contain exemption markings where information is redacted in part or in full.

14.     The February 16, 2022, response contained fully redacted pages that did not indicate the exemptions claimed on each respective page.  The fully redacted pages were either

---

[3] As noted in the Revised Supplemental *Vaughn* index Page 694 was removed from this packet. It appears to have been a non-responsive document that was inadvertently incorporated into this response and improperly marked as a Federal Bureau of Prisons referral page. Accordingly, the February 16, 2022, response only contains 693 pages.

pages referred to the Federal Bureau of Prisons ("BOP") for processing and response to the Plaintiff, pages referred to the Department of State ("DOS") for processing and response to the Plaintiff, or duplicates of previously processed pages that were either redacted in part or in full.

15.     All fully redacted pages in the February 16, 2022, response have now been paginated and appropriately marked with exemptions claimed or referral markings.    The corresponding Revised Supplemental *Vaughn* index includes notations indicating the pages that were referred to BOP and DOS, and the pages that are duplicates of previously processed pages.

16.     For pages that remain redacted in full, a small section of the redaction was lifted at the bottom of each page to reflect the pagination.

17.     On February 1, 2024, in accordance with this Court's Opinion and Order, the Criminal Division FOIA/PA Unit sent the Plaintiff, via certified mail, the paginated pages from the three supplemental releases that were previously unpaginated and were redacted in part or in full.  A copy of the cover letter dated January 31, 2024, is attached hereto as Exhibit B.

<u>**February 16, 2022 Interim Response Duplicates**</u>

18.     The February 16, 2022, response contains 525 pages that were previously redacted in part or in full as part of the November 22, 2019, final response.

19.     The November 22, 2019, final response totaled 378 pages.  Specifically, 139 pages were released in full, 85 pages were redacted in part, and 33 pages were redacted in full.  *See* Second Jones Decl. ¶ 7 and Exhibit A.  Additionally, two pages were referred to DOS and 119 pages were referred to BOP for appropriate processing and direct response to Plaintiff.  *See* Second Jones Decl. ¶ 7 and Exhibit A; McCoy Decl. ¶ 66 and Second McCoy Decl. ¶¶ 26-27.

20.     The February 16, 2022, response, totaled 693 pages.  After a review of the February 16, 2022, response, I confirmed that 164 pages were released to Plaintiff in full, 525 pages, were duplicate pages that were redacted in part or in full as part of the November 22, 2019, final

response, and only four pages[4] remain redacted in full that are not duplicates of the November 22, 2019, final response.

21.     The number of pages withheld in full dropped to four pages because the other withheld in full pages were counted as duplicates and processed to mirror how the pages were released to Plaintiff or withheld in full in the November 22, 2019, final response.  Counting the withheld in full duplicates contained in the February 16, 2022, response (February 16, 2022 – Interim Response Page Nos. 234, 250-252, 270, 271-273, 288-291, and 299-313) and the four pages withheld in full that were not duplicates (February 16, 2022 – Interim Response Page Nos. 36-37 and 571-572[5]), the total withheld in full page count for the February 16, 2022, response was 31 pages.

22.     The Revised Supplemental *Vaughn* index has been updated to reflect all pages from the February 16, 2022, response that were redacted in part and in full.  The *Vaughn* index reflects the claimed exemption(s), duplicate DOS and BOP referral pages, and where applicable, the corresponding duplicate *Vaughn* Document identification number ("ID No.") from the *Vaughn* index attached to Amanda Marchand Jones's declaration, dated September 14, 2020, which related to the Criminal Division FOIA/PA Unit's November 22, 2019, final response.[6]  *See* Jones Decl., ECF No. 33, Exhibit E.

23.     As reflected in the Revised Supplemental *Vaughn* index, several pages or portions of pages from the November 22, 2019, final response were duplicated more than once, in the

---

[4] This Court granted Defendant's Motion for Summary Judgment on two of the four pages in its September 27, 2023, Opinion and Order. Specifically, February 16, 2022 – Interim Response Pages 571-572. *See* Opinion and Order at 20.
[5] This Court recently granted summary judgment as to this record. *See* Opinion and Order (September 27, 2023) at 20.
[6] This Court granted Defendant's Motion for Summary Judgment as to Plaintiff's IPTU treaty transfer request material and information relating to the processing of Plaintiff's FOIA requests withheld pursuant to Exemptions 5, 6, 7(C), and 7(F).  *See* ECF No. 44.

February 16, 2022, supplemental response, including pages that were referred to BOP.

24.     After reviewing the February 16, 2022, response, some of the Revised Supplemental *Vaughn* index entries pertaining to pages 202, 234, and 248-252 from the February 16, 2022, Interim Response were updated to include categories of information that were previously redacted and supported in Criminal Division FOIA/PA Unit declarations, but notations were missing from the *Vaughn* index attached to Amanda Marchand Jones's declaration dated September 14, 2020.  *See* Jones Decl., ECF No. 33, Exhibit E.  As noted above in paragraph 7 *supra*, this declaration supplements and incorporates by reference the declarations of Amanda Marchand Jones and Traci McCoy, which supported these redactions.

**Federal Bureau of Investigation Consultations: April 18, 2022 Interim Response**

25.     During the course of this FOIA litigation, the Criminal Division FOIA/PA Unit sent the FBI a total of ten pages on consultation, consisting of pages 3, 4, 5, 6-7, 8, 9-12 of the April 18, 2022, Interim Response.[7]  All of these pages originated with the FBI and contained FBI information.

26.     Because the Criminal Division FOIA/PA Unit subsequently identified an additional forty-nine pages, consisting of pages 1, 2, 13-59 of the April 18, 2022, Interim Response, that contained some of the same FBI information reflected in the ten pages described in paragraph 25 *supra*, related to the same request for the use of a specific law enforcement technique, to ensure all FBI equities were appropriately redacted, "Per FBI" redaction markings were added to these pages.  Upon paginating the pages, some of the claimed exemption markings were updated to clearly reflect "Per FBI" and Criminal Division FOIA/PA Unit markings, where necessary.  The Revised Supplemental *Vaughn* index was updated as well.

---

[7] *See* Declaration of Michael G. Seidel dated December 7, 2022 (ECF No. 72).

27.     On October 25, 2023, following notice of this Court's Opinion and Order, and to coordinate explaining which documents the FBI reviewed and clarify redaction notations on FBI originating and non-FBI originating documents, the Criminal Division FOIA/PA Unit sent the FBI all ninety-two pages of the April 18, 2022, response for review.  Following the FBI review, the FBI has now provided additional explanation and justification for the release of two pages and the withholding of 47 pages in full of Criminal Division originated records[8].

28.     The exemption claimed on April 18, 2022 – Interim Response Page 1 to protect the "Date Withdrawn," was initially inadvertently marked as Exemption 5. It was revised in the paginated packet to accurate reflect the exemption claimed – Exemption 7(E) "Per FBI."

29.     After a review of the April 18, 2022, response, the Revised Supplemental *Vaughn* index was revised to update the page numbers, redacted in part counts, redacted in full counts, and the "From" column, where necessary.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Christina Butler

Executed this 16 day of February 2024

---

[8] *See* Second Declaration of Michael G. Seidel filed contemporaneously herewith.

# Exhibit A

# *Donatos Sarras v. United States Department of Justice*
## No. 19-cv-0861 (D.D.C.)

## Criminal Division's Revised Supplemental *Vaughn* Index

### Acronyms/Abbreviations Used in this Index:

RIF = Released in Full
WIF = Withheld in Full
RIP = Released in Part
NR = Not Responsive

CRM = United States Department of Justice, Criminal Division
OEO = Office of Enforcement Operations, Criminal Division
FOIA/PA = Freedom of Information/Privacy Act Unit
FBI = Federal Bureau of Investigation
IPTU = International Prisoner Transfer Unit
BOP = Bureau of Prisons
DOS = Department of State
OIA = Office of International Affairs, Criminal Division

Sarras = Donatos Sarras, Plaintiff
Jones = Amanda Jones, Former Chief, FOIA/PA Unit
Courter = Kenneth Courter, Former Chief, FOIA/PA Unit
Mathewson-Harris = Margaret Mathewson-Harris, Associate Chief, FOIA/PA Unit
Johnson = Lashawn Johnson, Former Government Information Specialist, FOIA/PA Unit

FOIA Exemptions:

Exemptions (b)(5) = Concerns certain inter-and intra-agency communications protected by the deliberative process privilege (DPP). *See* 5 U.S.C. § 552 (b)(5). In this instance, a draft FOIA/PA Unit correspondence, an internal memorandum or document regarding a

pending FOIA Request, and internal discussions, notes, memorandum, or document regarding a pending investigation, the release of which would reveal pre-decisional and deliberative information.

Exemption (b)(6) and (b)(7)(C) = Which concerns material the release of which would constitute a clearly unwarranted invasion of personal privacy of third parties and/or could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.  *See* 5 U.S.C. § 552 (b)(6), (b)(7)(C). In this instance, the names and identifying information of third parties, the names of FOIA requesters; the names, initials, and identifying information of Federal government personnel; handwritten notes of FOIA/PA Unit staff; the name and email address of IPTU Staff; the names, phone numbers, and email addresses of FOIA/PA Unit Staff; the names of a foreign law enforcement officials; handwritten notes and recommendations of SOU Staff and IPTU Staff; and the name of SOU Staff.

Exemption (b)(7)(F) = Which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual. *See* 5 U.S.C. § 552(b)(7)(F).  In this instance, records including details of underlying criminal charges, which pertain to child pornography.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| **December 22, 2021 – Interim Response** | | | | | | | | | |
| 2 | 5/12/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 3 | 8/20/2015 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters<br><br>*Names and Identifying Information of Third Parties*: Name of Third Party | 0 | 1 | 0 | 0 |
| 4 | 11/3/2015 | Mathewson-Harris | Jones | Email between FOIA/PA Staff Reflecting a FOIA/PA Administrative Report | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 7 | 6/8/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 8 | 8/8/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 9 | 6/9/2015 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 1 |

---

[1] This column reflects whether there are not responsive markings on the pages that were WIF, RIP, or RIF.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 6/16/2015 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 1 |
| 11 | 6/30/2016 | Johnson | Mathewson-Harris<br><br>Jones | Email between FOIA/PA Staff Reflecting a FOIA/PA Administrative Report | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 1 |
| 13 | 6/15/2016 | Johnson | Jones<br><br>Mathewson-Harris | Email between FOIA/PA Staff Reflecting a FOIA/PA Administrative Report | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Name of a FOIA requester | 0 | 1 | 0 | 1 |
| 14-15 | 7/7/2016 | Johnson | Jones<br><br>Mathewson-Harris | Email between FOIA/PA Staff Reflecting a FOIA/PA Administrative Report | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters<br><br>*Names and Identifying Information of Federal Government Personnel*: Email Address of FOIA/PA Staff | 0 | 2 | 0 | 2 |
| 19-20 | 7/7/2016 | Johnson | Mathewson-Harris<br><br>Jones | Email between FOIA/PA Unit Staff Reflecting a FOIA/PA Administrative Report | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Name of a FOIA requester | 0 | 2 | 0 | 2 |
| 27 | 8/2/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters<br><br>*Names and Identifying Information of Third Parties*: Name of Third Party | 0 | 1 | 0 | 0 |

2

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| 28 | 10/7/2015 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 29 | 8/17/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 30 | 2/6/2017 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 31 | 1/10/2017 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 32 | 12/6/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 40 | 9/28/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 1 |
| 55 | 12/7/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 1 |
| 58 | 10/21/2016 | | | FOIA/PA Administrative Reports | (b)(6) | 0 | 1 | 0 | 1 |

*Donatos Sarras v. United States Department of Justice*, **No. 19-cv-0861 (D.D.C.)**
**Criminal Division's Revised Supplemental *Vaughn* Index**
**February 16, 2024**

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Third Parties*: Names of FOIA requesters | | | | |
| 63 | 11/7/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 1 |
| 96 | 9/24/2015 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters<br><br>*Names and Identifying Information of Third Parties*: Name of Third Party | 0 | 1 | 0 | 0 |
| **February 16, 2022 – Interim Response** | | | | | | | | | |
| 36-37 | 9/15/2016 | Jones | Sarras | Draft FOIA/PA Unit Acknowledgment Letter with Handwritten Recommendation Editorial Notes | (b)(5) (Deliberative Process Privilege)<br><br>*Draft FOIA/PA Unit Correspondence*<br><br>(b)(6)<br><br>*Names and Identifying Information of Federal Government Personnel*: Handwritten notes of FOIA/PA Staff | 2 | 0 | 0 | 0 |
| 82-85 | 5/15/2016 | Sarras | Wolff | Letter Re: Treaty Transfer of Donatos Sarras to Greece | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 1<br><br>(b)(6) and(b)(7)(C) | 0 | 1 | 3 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Federal Government Personnel*: Handwritten notes of IPTU Staff, Name of BOP Staff<br><br>*Names and Identifying Information of Third Parties*: Names of Third Parties | | | | |
| 86 | 5/5/16 | Wolff | Sarras | Response Letter Re: Treaty Transfer of Donatos Sarras to Greece | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 2<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Initials and Handwritten notes of IPTU Staff | 0 | 1 | 0 | 0 |
| 87-191 [2] | 4/7/16 | Sarras | Wolff | Letter Re: Treaty Transfer of Donatos Sarras to Greece, including attachments | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 3<br><br>*1 page referred to BOP (not included in the RIP or RIF page count)<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Names and Initials of | 0 | 22 | 82 | 0 |

[2] This entry totals 105 pages, including the one-page referral to BOP.  February 16, 2022 – Interim Response Page Nos. 87-191 duplicates all pages from the Jones Decl., Exhibit E (Vaughn): Doc ID 3, except for one page and duplicates one page twice.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | IPTU Staff and BOP Staff, Handwritten notes of IPTU Staff<br><br>*Names and Identifying Information of Third Parties*: Names and Initials of Third Parties | | | | |
| 192 | 7/9/15 | FOIA/PA Staff | IPTU Staff | RE: FOIA responses | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 4<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Name and Case Number of Third Party<br><br>*Names and Identifying Information of Federal Government Personnel*: Names and telephone number of IPTU Staff[3] | 0 | 1 | 0 | 0 |
| 202 | 5/19/15 | Wolff | Hellenic Ministry of Justice, Transparency & Human Rights, Directorate of Adults Penitentiary Treatment, | RE: Donatos Sarras, Reg. No. 26739-018, Denial of request to transfer to Greece | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 7<br><br>(b)(6) and(b)(7)(C) | 0 | 1 | 0 | 0 |

[3] The names of FOIA/PA Staff previously redacted have been released.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld Material Categories | WIF | RIP | RIF | N/R[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Athens, Greece | | *Names and Identifying Information of Third Parties*: Name of Third Party[4]<br><br>*Names and Identifying Information of Federal Government Personnel*: Initials and Handwritten notes of IPTU Staff, Name of BOP Staff | | | | |
| 203-207 | 4/29/15 | IPTU Staff | Monique Roth, Director, OEO | Reapplication Review – Request for Decision on Prisoner Transfer Application of Sarras, Donatos, 26739-018, Transferring to Greece | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 8<br><br>(b)(5) (Deliberative Process Privilege)<br><br>*Information Reflecting the Summarization and Analysis of the Attorney Drafting the Recommendation Memoranda*<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Name and Other Personally Identifiable Information of Third Parties<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff, Signature of IPTU Staff | 0 | 5 | 0 | 0 |

---

[4] The name of a third party was redacted in the November 22, 2019, response, but the notation was not included in the Jones Decl., Exhibit E (Vaughn): Doc ID 7 entry.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| 208-226 | | | | | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc 9 (19 Pages Referred to BOP) | - | - | - | - |
| 227-228 | 3/19/15 | Hellenic Republic Ministry of Justice, Athens, Greece | The Ministry of Justice of U.S.A. | Case of transfer of the detainee Sarras, Donatos to a Greek prison | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 10<br><br>(b)(5) (Deliberative Process Privilege) *Handwritten Note by IPTU Staff with Recommended Determination*<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties | 0 | 2 | 0 | 0 |
| 229 | 3/23/15 | IPTU Staff | Foreign Government | Email Chain<br><br>FW: Mr. Donatos Sarras transfer request | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 11<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties, including Name of Foreign Government Counterpart | 0 | 1 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff | | | | |
| 230-231 | 3/23/15 | IPTU Staff | Foreign Government | Email Chain<br><br>RE: Case of transfer of detainee Mr. Donatos Sarras | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 12<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties, including Name of Foreign Government Counterpart<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff | 0 | 2 | 0 | 0 |
| 232 | 3/20/15 | Foreign Government | IPTU Staff | Email Chain<br><br>RE: Case of transfer of detainee Mr. Donatos Sarras | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 12 (only the last email in the email chain)<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties, including Name of Foreign Government Counterpart | 0 | 1 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R₁ |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff | | | | |
| 233 | 2/25/15 | IPTU Staff | Foreign Government | Email Chain<br><br>FW: Mr. Donatos Sarras transfer request | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 11 (only the last two emails in the chain)<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties, including Name of Foreign Government Counterpart<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff | 0 | 1 | 0 | 0 |
| 234 | 10/2/09 | IPTU Staff | | Memo to File | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID  13<br><br>(b)(5) (Deliberative Process Privilege)<br>*Memoranda Documenting a Telephone Conversation and Considering Certain Details of the Transfer Request* | 1 | 0 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (b)(6) and(b)(7)(C)[5]<br><br>*Names and Identifying Information of Federal Government Personnel*: Initials of IPTU Staff, Handwritten Note by IPTU Staff with Recommended Determination<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties | | | | |
| 235-243 | | | | | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 14 (9 Pages Referred to BOP) | - | - | - | - |
| 244 | 10/2/09 | Foreign Government | IPTU Staff | RE: Greece Requesting Transfer of Donatos Sarras | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 15<br><br>(b)(5) (Deliberative Process Privilege) *Discussion of the Transfer Request*<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Email Addresses of Foreign Government Counterpart | 0 | 1 | 0 | 0 |

---

[5] The name of a third party and the handwritten note by IPTU Staff with recommended determination was redacted in the November 22, 2019, response, but the notation was inadvertently not included in the Jones Decl., Exhibit E (Vaughn): Doc ID 13 entry.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Federal Government Personnel*: Name and Email Address of IPTU Staff | | | | |
| 245-247 | 4/27/10 | IPTU Staff | Foreign Government /Greece | Letter, includes English translation and translation certificate<br><br>RE: Donatos Sarras, Reg. No. 26739-018 Denial of Request to Transfer to Greece | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 16<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names of Third Parties, Signature of Translator<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of BOP Staff | 0 | 3 | 0 | 0 |
| 248-252 | 4/5/10 | IPTU Staff | | Decision Sheet/Initial Application Summary | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 17<br><br>(b)(5) (Deliberative Process Privilege)<br>*Draft of a Memoranda Containing the Summarization and Analysis of IPTU Staff Prepared for Review by Decision-Maker*<br><br>(b)(6) and(b)(7)(C)[6] | 3 | 2 | 0 | 0 |

---

[6] The signature of IPTU Staff was redacted in the November 22, 2019, response but the notation was not included in the Jones Decl., Exhibit E (Vaughn): Doc ID 17 entry.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties<br><br>*Names and Identifying Information of Federal Government Personnel*: Name, Handwritten Notes, and signature of IPTU Staff | | | | |
| 253-255 | | | | | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 18 (3 Pages Referred to BOP) | - | - | - | - |
| 256 | 4/7/10 | IPTU Staff | IPTU Staff | Translation Request, Sarras, 26739-018 | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 19 (only the second page)<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Names, Email Address, and Telephone Number of OEO Staff and IPTU Staff | 0 | 1 | 0 | 0 |
| 257-269 | | | | | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 19 (13 Pages Referred to BOP) | - | - | - | - |

13

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| 270 | 3/31/10 | IPTU Staff | BOP Staff | Draft Emal<br><br>RE: Donatos Sarras, Reg. No. 26739-018 | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 20<br><br>(b)(5) (Deliberative Process Privilege) *Draft of an Email Discussing Transfer Request File*<br><br>(b)(6) and (b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Names, Email Addresses, and Telephone Numbers of IPTU Staff and BOP Staff | 1 | 0 | 0 | 0 |
| 271-273 | 3/30/10 | IPTU Chief | OIA Staff<br>DOS Staff | Email Chain<br><br>RE: Greek Notes | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 21<br><br>(b)(5) (Deliberative Process Privilege): *Discussion of Status of Sarras's Treaty Transfer Request*<br><br>(b)(6) and (b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Names, Email Addresses, and Telephone Numbers of IPTU Staff, DOS Staff, and OIA Staff | 3 | 0 | 0 | 0 |

14

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| 274 | 2/18/10 | Embassy of Greece | Department of State<br><br>Department of Justice | Verbal Notice | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID: 22[7]<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Names of DOS Staff and OIA Staff, Handwritten Notes of IPTU Staff | 0 | 1 | 0 | 0 |
| 276-287 | | | | | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 23 (12 Pages Referred to BOP) | - | - | - | - |
| 288-291 | Undated | | | Statement of Reasons from Inmate Pre-sentence Report | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 24<br><br>(b)(7)(F)<br>*Record Includes Details of the Underlying Criminal Charges, which Pertain to Child Pornography* | 4 | 0 | 0 | 0 |

---

[7] This document was referred to the Department of State. This Court recently granted summary judgment as to this record. *See* Opinion and Order (September 27, 2023) at 27.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| 292-298 | | | | | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 25 (7 Pages Referred to BOP) | - | - | - | - |
| 299-313 | 3/21/08 | | | Presentence Investigation Report/US v. Donatos Sarras | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 26<br><br>(b)(7)(F)<br><br>*Record Includes Details of the Underlying Criminal Charges, which Pertain to Child Pornography*<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties | 15 | 0 | 0 | 0 |
| 314-411 | | | | Letter Re: Treaty Transfer of Donatos Sarras to Greece, including attachments | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID: 3 (only 98 pages of the attachments)<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Names and Initials of | 0 | 19 | 79 | 0 |

16

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | IPTU Staff and BOP Staff, Handwritten notes of IPTU Staff<br><br>*Names and Identifying Information of Third Parties*: Names and Initials of Third Parties | | | | |
| 412-509 | 4/7/16 | Sarras | Wolff | Letter Re: Treaty Transfer of Donatos Sarras to Greece, including attachments | *Duplicate*<br><br>November 22, 2019 – See Jones Vaughn, Doc ID: 3 (only 98 pages of the attachments)<br><br>(b)(6) and (b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Names and Initials of IPTU Staff and BOP Staff, Handwritten notes of IPTU Staff<br><br>*Names and Identifying Information of Third Parties*: Names and Initials of Third Parties | 0 | 19 | 79 | 0 |
| 571-572[8] | | | | Processing Notes for Case CRM300525988 | (b)(5) (Deliberative Process Privilege)<br><br>*Internal Memorandum or Documents Regarding a Pending FOIA Request*<br><br>(b)(6)<br>*Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff | 2 | 0 | 0 | 0 |

---

[8] This Court recently granted summary judgment as to this record. *See* Opinion and Order (September 27, 2023) at 20.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| 587-693 [9] | | | | | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc IDs 3, 9, 14, 18, 19, 23 (only the first seven pages), 38, 42, 44 (107 Pages referred to BOP) | - | - | - | - |
| **April 18, 2022 – Interim Response** | | | | | | | | | |
| 1 | Redacted | | | Covert Cover Sheet | (b)(5) (Deliberative Process Privilege)<br><br>*Internal Memorandum or Documents Regarding a Pending Investigation*<br><br>(b)(6) and (b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*:  Handwritten recommendation of SOU Staff and the Name of SOU Staff<br><br>*Names and Identifying Information of Third Parties*: Name, Demographic Information, and Other Personally Identifiable Information<br><br>*Names and Other Identifying Information of Third Parties Who Provided Information* – Per FBI<br><br>(b)(7)(D) | 0 | 1 | 0 | 0 |

[9] Document 694 was removed from this packet. It appears to have been a not responsive document that was inadvertently incorporated into this interim response and improperly marked as a BOP referral page. Accordingly, the February 16, 2022, response only contains 693 pages.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Other Identifying Information of, and Information Provided by, Individuals Under an Implied Assurance of Confidentially* – Per FBI<br><br>(b)(7)(E)<br><br>*Types and Dates of an Investigation* – Per FBI | | | | |
| 2 | 8/27/2007 | SOU Staff | File | Memorandum<br><br>Subject: Use of Federal Prisoner | (b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*:  Name and Signature of SOU Staff and Name of FBI Staff<br><br>*Names and Identifying Information of Third Parties*: Name of Third Party<br><br>*Names and Other Identifying Information of Third Parties Who Provided Information* – Per FBI<br><br>*Names and Other Identifying Information of FBI Special Agents and Professional Staff* – Per FBI<br><br>(b)(7)(D)<br><br>*Names and Other Identifying Information of, and Information Provided by, Individuals* | 0 | 1 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Under an Implied Assurance of Confidentially* – Per FBI | | | | |
| 3 | Redacted | FBI Staff | OEO | FBI Facsimile Cover Sheet<br><br>Subject: Sarras OEO Request – Withdrawal | (b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of SOU Staff<br><br>*Names and Other Identifying Information of FBI Special Agents and Professional Staff* – Per FBI<br><br>(b)(7)(E)<br><br>*Types and Dates of an Investigation, FBI Secure Fax Numbers and Internal Phone Numbers* – Per FBI | 0 | 1 | 0 | 0 |
| 4 | Redacted | FBI Staff | Senior Associate Director, OEO | Memorandum<br><br>Subject: Donatos Sarras – Withdrawal Notice<br><br>Attachment to Page 3 | (b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of SOU Staff<br><br>*Names and Identifying Information of Third Parties*: Name of Third Party<br><br>*Names and Other Identifying Information of FBI Special Agents and Professional Staff, Names and Other Identifying Information of Third Parties Who Provided Information* – Per FBI<br><br>(b)(7)(D) | 0 | 1 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Other Identifying Information of, and Information Provided by, Individuals Under an Implied Assurance of Confidentially* – Per FBI<br><br>(b)(7)(E)<br><br>*Types and Dates of an Investigation, FBI Secure Fax Numbers and Internal Phone Numbers* – Per FBI | | | | |
| 5 | Redacted | FBI Staff | OEO | FBI Facsimile Cover Sheet<br><br>Subject: Tampa OEO Request | (b)(6) and (b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of SOU Staff<br><br>*Names and Other Identifying Information of FBI Special Agents and Professional Staff and* – Per FBI<br><br>(b)(7)(E)<br><br>*Types and Dates of an Investigation, FBI Secure Fax Numbers and Internal Phone Numbers* – Per FBI | 0 | 1 | 0 | 0 |
| 6-7 | Redacted | FBI Staff | FBI Staff | Email between FBI Staff<br><br>Subject: OEO Questions<br><br>Attachment to Page 5 | (b)(6) and (b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Name, Demographic Information, and Other Personally Identifiable Information | 0 | 2 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Other Identifying Information of FBI Special Agents and Professional Staff, Names and Other Identifying Information of Third Parties Who Provided Information, Names of Non-FBI Federal Government Personnel* – Per FBI<br><br>(b)(7)(D)<br><br>*Names and Other Identifying Information of, and Information Provided by, Individuals Under an Implied Assurance of Confidentially* – Per FBI<br><br>(b)(7)(E)<br><br>*Investigation Focus of a Specific Investigation, Types and Dates of an Investigation, FBI Secure Fax Numbers and Internal Phone Numbers* – Per FBI | | | | |
| 8 | Redacted | FBI Staff | OEO | FBI Facsimile Cover Sheet<br><br>Subject: OEO Request – Tampa FBI | (b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*:  Name of SOU Staff<br><br>*Names and Other Identifying Information of FBI Special Agents and Professional Staff* – Per FBI<br><br>(b)(7)(E) | 0 | 1 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Types and Dates of an Investigation, FBI Secure Fax Numbers and Internal Phone Numbers* – Per FBI | | | | |
| 9-12 | Redacted | FBI Staff | FBI Staff – Tampa | FBI Request for Use of Law Enforcement Technique<br><br>Attachment to Page 8 | (b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Name, Demographic Information, and Other Personally Identifiable Information<br><br>*Names and Other Identifying Information of FBI Special Agents and Professional Staff, Names and Other Identifying Information of Third Parties Who Provided Information, Names of Non-FBI Federal Government Personnel* – Per FBI<br><br>(b)(7)(D)<br><br>*Names and Other Identifying Information of, and Information Provided by, Individuals Under an Implied Assurance of Confidentially* – Per FBI<br><br>(b)(7)(E)<br><br>*Investigation Focus of a Specific Investigation, Types and Dates of an Investigation, Sensitive Investigative File Numbers, FBI Secure Fax Numbers and Internal Phone Numbers* – Per FBI | 3 | 1 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| 13-59 | Redacted | | | Law Enforcement Report Pertaining to a Third Party | (b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Name, Demographic Information, and Other Personally Identifiable Information<br><br>*Names and Other Identifying Information of Third Parties Who Provided Information* – Per FBI<br><br>(b)(7)(D)<br><br>*Names and Other Identifying Information of, and Information Provided by, Individuals Under an Implied Assurance of Confidentially* – Per FBI | 47 | 0 | 0 | 0 |
| 60-68 | | | | FOIA/PA Unit Internal Tracking System Reports, Including the Following Sections: Intake Form, Blitz Form, Processing Notes, Closeout Form, Notes, Attachments, Relationships, Response Forms, and Status Forms | (b)(6)<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff<br><br>*Names and Identifying Information of Third Parties*: Name of a FOIA Requester | 0 | 2 | 7 | 0 |
| **Supplemental Response – December 12, 2022** | | | | | | | | | |
| 3-4 | 12/1/2015 | IPTU Staff | Matthewson -Harris | Email chain between IPTU Staff and FOIA/PA Staff | (b)(6) | 0 | 2 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 16, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Federal Government Personnel*: Name and Email Address of IPTU Staff; Phone Numbers and Email Address of FOIA/PA Staff | | | | |
| 5 | 11/12/2015 | Mathewson-Harris | IPTU Staff<br><br>Johnson | Email between IPTU Staff and FOIA/PA Staff | (b)(6)<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff; Phone Numbers and Email Address of FOIA/PA Staff | 0 | 1 | 0 | 0 |
| 9-10 | 3/24/16 | Sarras | Courter | Status Request Letter<br><br>Request No. CRM-300510081 | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Name of Foreign Law Enforcement Official | 0 | 1 | 1 | 0 |
| 12 | 7/1/15 | Wolf | Courter | FOIA CRM-300487614, Donatos Sarras | November 22, 2019 – See Jones Vaughn, Doc ID: 6[10]<br><br>(b)(6) and (b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff | 0 | 1 | 0 | 0 |

---

[10] Only the information protected pursuant to Exemptions 6 and 7(C) remain.  *See* McCoy Decl. ¶ 13 n.3; *see also* Opinion and Order (September 27, 2023) at 19 n.12.

# Exhibit B



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                          *Washington, D.C. 20530*

**VIA U.S. Certified Mail**                          January 31, 2024

Mr. Donatos Sarras
Register No. 26739-018
United States Penitentiary
Post Office Box 24550
Tucson, AZ 85734

Re: <u>Sarras v. U.S. Department of Justice,</u> No. 19-cv-0861 (D.D.C.)

Dear Mr. Sarras:

In accordance with the Court's September 27, 2023, Opinion and Order, enclosed please find the supplemental releases previously sent to you during this litigation with page pagination.


Sincerely,

Christina Butler
Chief
FOIA/PA Unit

Enclosures

Cc: AUSA Patricia McBride (PMcBride@usa.doj.gov)