# Exhibit A

# *Donatos Sarras v. United States Department of Justice*
# No. 19-cv-0861 (D.D.C.)

## Criminal Division's Revised Supplemental *Vaughn* Index

Acronyms/Abbreviations Used in this Index:

RIF = Released in Full
WIF = Withheld in Full
RIP = Released in Part
NR = Not Responsive

CRM = United States Department of Justice, Criminal Division
OEO = Office of Enforcement Operations, Criminal Division
FOIA/PA = Freedom of Information/Privacy Act Unit
FBI = Federal Bureau of Investigation
IPTU = International Prisoner Transfer Unit
BOP = Bureau of Prisons
DOS = Department of State
OIA = Office of International Affairs, Criminal Division

Sarras = Donatos Sarras, Plaintiff
Jones = Amanda Jones, Former Chief, FOIA/PA Unit
Courter = Kenneth Courter, Former Chief, FOIA/PA Unit
Mathewson-Harris = Margaret Mathewson-Harris, Associate Chief, FOIA/PA Unit
Johnson = Lashawn Johnson, Former Government Information Specialist, FOIA/PA Unit

FOIA Exemptions:

Exemptions (b)(5) = Concerns certain inter-and intra-agency communications protected by the deliberative process privilege (DPP). *See* 5 U.S.C. § 552 (b)(5). In this instance, a draft FOIA/PA Unit correspondence, an internal memorandum or document regarding a

pending FOIA Request, and internal discussions, notes, memorandum, or document regarding a pending investigation, the release of which would reveal pre-decisional and deliberative information.

Exemption (b)(6) and (b)(7)(C) = Which concerns material the release of which would constitute a clearly unwarranted invasion of personal privacy of third parties and/or could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties. *See* 5 U.S.C. § 552 (b)(6), (b)(7)(C). In this instance, the names and identifying information of third parties, the names of FOIA requesters; the names, initials, and identifying information of Federal government personnel; handwritten notes of FOIA/PA Unit staff; the name and email address of IPTU Staff; the names, phone numbers, and email addresses of FOIA/PA Unit Staff; the names of a foreign law enforcement officials; handwritten notes and recommendations of SOU Staff and IPTU Staff; and the name of SOU Staff.

***Donatos Sarras v. United States Department of Justice***, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld Material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| **December 22, 2021 – Interim Response** | | | | | | | | | |
| 2 | 5/12/2016 | | | FOIA/PA Administrative Reports | (b)(6) *Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 3 | 8/20/2015 | | | FOIA/PA Administrative Reports | (b)(6) *Names and Identifying Information of Third Parties*: Names of FOIA requesters *Names and Identifying Information of Third Parties*: Name of Third Party | 0 | 1 | 0 | 0 |
| 4 | 11/3/2015 | Mathewson-Harris | Jones | Email between FOIA/PA Staff Reflecting a FOIA/PA Administrative Report | (b)(6) *Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 7 | 6/8/2016 | | | FOIA/PA Administrative Reports | (b)(6) *Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 8 | 8/8/2016 | | | FOIA/PA Administrative Reports | (b)(6) *Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 9 | 6/9/2015 | | | FOIA/PA Administrative Reports | (b)(6) *Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 1 |

---

[1] This column reflects whether there are not responsive markings on the pages that were WIF, RIP, or RIF.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R[1] |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 6/16/2015 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 1 |
| 11 | 6/30/2016 | Johnson | Mathewson-Harris<br><br>Jones | Email between FOIA/PA Staff Reflecting a FOIA/PA Administrative Report | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 1 |
| 13 | 6/15/2016 | Johnson | Jones<br><br>Mathewson-Harris | Email between FOIA/PA Staff Reflecting a FOIA/PA Administrative Report | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Name of a FOIA requester | 0 | 1 | 0 | 1 |
| 14-15 | 7/7/2016 | Johnson | Jones<br><br>Mathewson-Harris | Email between FOIA/PA Staff Reflecting a FOIA/PA Administrative Report | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters<br><br>*Names and Identifying Information of Federal Government Personnel*: Email Address of FOIA/PA Staff | 0 | 2 | 0 | 2 |
| 19-20 | 7/7/2016 | Johnson | Mathewson-Harris<br><br>Jones | Email between FOIA/PA Unit Staff Reflecting a FOIA/PA Administrative Report | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Name of a FOIA requester | 0 | 2 | 0 | 2 |
| 27 | 8/2/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters<br><br>*Names and Identifying Information of Third Parties*: Name of Third Party | 0 | 1 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| 28 | 10/7/2015 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 29 | 8/17/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 30 | 2/6/2017 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 31 | 1/10/2017 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 32 | 12/6/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 0 |
| 40 | 9/28/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 1 |
| 55 | 12/7/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 1 |
| 58 | 10/21/2016 | | | FOIA/PA Administrative Reports | (b)(6) | 0 | 1 | 0 | 1 |

*Donatos Sarras v. United States Department of Justice*, **No. 19-cv-0861 (D.D.C.)**
**Criminal Division's Revised Supplemental *Vaughn* Index**
**February 9, 2024**

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Third Parties*: Names of FOIA requesters | | | | |
| 63 | 11/7/2016 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters | 0 | 1 | 0 | 1 |
| 96 | 9/24/2015 | | | FOIA/PA Administrative Reports | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Names of FOIA requesters<br><br>*Names and Identifying Information of Third Parties*: Name of Third Party | 0 | 1 | 0 | 0 |
| **February 16, 2022 – Interim Response** | | | | | | | | | |
| 36-37 | 9/15/2016 | Jones | Sarras | Draft FOIA/PA Unit Acknowledgment Letter with Handwritten Recommendation Editorial Notes | (b)(5) (Deliberative Process Privilege)<br><br>*Draft FOIA/PA Unit Correspondence*<br><br>(b)(6)<br><br>*Names and Identifying Information of Federal Government Personnel*: Handwritten notes of FOIA/PA Staff | 2 | 0 | 0 | 0 |
| 82-85 | 5/15/2016 | Sarras | Wolff | Letter Re: Treaty Transfer of Donatos Sarras to Greece | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 1<br><br>(b)(6) and(b)(7)(C) | 0 | 1 | 3 | 0 |

4

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
**Criminal Division's Revised Supplemental *Vaughn* Index**
**February 9, 2024**

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Federal Government Personnel*: Handwritten notes of IPTU Staff, Name of BOP Staff<br><br>*Names and Identifying Information of Third Parties*: Names of Third Parties | | | | |
| 86 | 5/5/16 | Wolff | Sarras | Response Letter Re: Treaty Transfer of Donatos Sarras to Greece | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 2<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Initials and Handwritten notes of IPTU Staff | 0 | 1 | 0 | 0 |
| 87-191 [2] | 4/7/16 | Sarras | Wolff | Letter Re: Treaty Transfer of Donatos Sarras to Greece, including attachments | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 3<br><br>*1 page referred to BOP (not included in the RIP or RIF page count)<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Names and Initials of | 0 | 22 | 82 | 0 |

[2] This entry totals 105 pages, including the one-page referral to BOP.  February 16, 2022 – Interim Response Page Nos. 87-191 duplicates all pages from the Jones Decl., Exhibit E (Vaughn): Doc ID 3, except for one page and duplicates one page twice.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | IPTU Staff and BOP Staff, Handwritten notes of IPTU Staff<br><br>*Names and Identifying Information of Third Parties*: Names and Initials of Third Parties | | | | |
| 192 | 7/9/15 | FOIA/PA Staff | IPTU Staff | RE: FOIA responses | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 4<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Name and Case Number of Third Party<br><br>*Names and Identifying Information of Federal Government Personnel*: Names and telephone number of IPTU Staff[3] | 0 | 1 | 0 | 0 |
| 202 | 5/19/15 | Wolff | Hellenic Ministry of Justice, Transparency & Human Rights, Directorate of Adults Penitentiary Treatment, | RE: Donatos Sarras, Reg. No. 26739-018, Denial of request to transfer to Greece | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 7<br><br>(b)(6) and(b)(7)(C) | 0 | 1 | 0 | 0 |

---

[3] The names of FOIA/PA Staff previously redacted have been released.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Athens, Greece | | *Names and Identifying Information of Third Parties*: Name of Third Party[4]<br><br>*Names and Identifying Information of Federal Government Personnel*: Initials and Handwritten notes of IPTU Staff, Name of BOP Staff | | | | |
| 203-207 | 4/29/15 | IPTU Staff | Monique Roth, Director, OEO | Reapplication Review – Request for Decision on Prisoner Transfer Application of Sarras, Donatos, 26739-018, Transferring to Greece | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 8<br><br>(b)(5) (Deliberative Process Privilege)<br><br>*Information Reflecting the Summarization and Analysis of the Attorney Drafting the Recommendation Memoranda*<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Name and Other Personally Identifiable Information of Third Parties<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff, Signature of IPTU Staff | 0 | 5 | 0 | 0 |

---

[4] The name of a third party was redacted in the November 22, 2019, response, but the notation was not included in the Jones Decl., Exhibit E (Vaughn): Doc ID 7 entry.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| 208-226 | | | | | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc 9 (19 Pages Referred to BOP) | - | - | - | - |
| 227-228 | 3/19/15 | Hellenic Republic Ministry of Justice, Athens, Greece | The Ministry of Justice of U.S.A. | Case of transfer of the detainee Sarras, Donatos to a Greek prison | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 10<br><br>(b)(5) (Deliberative Process Privilege) *Handwritten Note by IPTU Staff with Recommended Determination*<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties | 0 | 2 | 0 | 0 |
| 229 | 3/23/15 | IPTU Staff | Foreign Government | Email Chain<br><br>FW: Mr. Donatos Sarras transfer request | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 11<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties, including Name of Foreign Government Counterpart | 0 | 1 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff | | | | |
| 230-231 | 3/23/15 | IPTU Staff | Foreign Government | Email Chain<br><br>RE: Case of transfer of detainee Mr. Donatos Sarras | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 12<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties, including Name of Foreign Government Counterpart<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff | 0 | 2 | 0 | 0 |
| 232 | 3/20/15 | Foreign Government | IPTU Staff | Email Chain<br><br>RE: Case of transfer of detainee Mr. Donatos Sarras | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 12 (only the last email in the email chain)<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties, including Name of Foreign Government Counterpart | 0 | 1 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff | | | | |
| 233 | 2/25/15 | IPTU Staff | Foreign Government | Email Chain<br><br>FW: Mr. Donatos Sarras transfer request | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 11 (only the last two emails in the chain)<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties, including Name of Foreign Government Counterpart<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff | 0 | 1 | 0 | 0 |
| 234 | 10/2/09 | IPTU Staff | | Memo to File | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID  13<br><br>(b)(5) (Deliberative Process Privilege)<br>*Memoranda Documenting a Telephone Conversation and Considering Certain Details of the Transfer Request* | 1 | 0 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (b)(6) and(b)(7)(C)[5]<br><br>*Names and Identifying Information of Federal Government Personnel*: Initials of IPTU Staff, Handwritten Note by IPTU Staff with Recommended Determination<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties | | | | |
| 235-243 | | | | | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 14 (9 Pages Referred to BOP) | - | - | - | - |
| 244 | 10/2/09 | Foreign Government | IPTU Staff | RE: Greece Requesting Transfer of Donatos Sarras | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 15<br><br>(b)(5) (Deliberative Process Privilege)<br>*Discussion of the Transfer Request*<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Email Addresses of Foreign Government Counterpart | 0 | 1 | 0 | 0 |

---

[5] The name of a third party and the handwritten note by IPTU Staff with recommended determination was redacted in the November 22, 2019, response, but the notation was inadvertently not included in the Jones Decl., Exhibit E (Vaughn): Doc ID 13 entry.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Federal Government Personnel*: Name and Email Address of IPTU Staff | | | | |
| 245-247 | 4/27/10 | IPTU Staff | Foreign Government /Greece | Letter, includes English translation and translation certificate<br><br>RE: Donatos Sarras, Reg. No. 26739-018 Denial of Request to Transfer to Greece | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 16<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names of Third Parties, Signature of Translator<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of BOP Staff | 0 | 3 | 0 | 0 |
| 248-252 | 4/5/10 | IPTU Staff | | Decision Sheet/Initial Application Summary | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 17<br><br>(b)(5) (Deliberative Process Privilege)<br>*Draft of a Memoranda Containing the Summarization and Analysis of IPTU Staff Prepared for Review by Decision-Maker*<br><br>(b)(6) and(b)(7)(C)[6] | 3 | 2 | 0 | 0 |

[6] The signature of IPTU Staff was redacted in the November 22, 2019, response but the notation was not included in the Jones Decl., Exhibit E (Vaughn): Doc ID 17 entry.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties<br><br>*Names and Identifying Information of Federal Government Personnel*: Name, Handwritten Notes, and signature of IPTU Staff | | | | |
| 253-255 | | | | | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 18 (3 Pages Referred to BOP) | - | - | - | - |
| 256 | 4/7/10 | IPTU Staff | IPTU Staff | Translation Request, Sarras, 26739-018 | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 19 (only the second page)<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Names, Email Address, and Telephone Number of OEO Staff and IPTU Staff | 0 | 1 | 0 | 0 |
| 257-269 | | | | | *Duplicate* | - | - | - | - |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 19 (13 Pages Referred to BOP) | | | | |
| 270 | 3/31/10 | IPTU Staff | BOP Staff | Draft Emal<br><br>RE: Donatos Sarras, Reg. No. 26739-018 | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 20<br><br>(b)(5) (Deliberative Process Privilege)<br>*Draft of an Email Discussing Transfer Request File*<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Names, Email Addresses, and Telephone Numbers of IPTU Staff and BOP Staff | 1 | 0 | 0 | 0 |
| 271-273 | 3/30/10 | IPTU Chief | OIA Staff<br>DOS Staff | Email Chain<br><br>RE: Greek Notes | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 21<br><br>(b)(5) (Deliberative Process Privilege):<br>*Discussion of Status of Sarras's Treaty Transfer Request*<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Names, Email | 3 | 0 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Addresses, and Telephone Numbers of IPTU Staff, DOS Staff, and OIA Staff | | | | |
| 274 | 2/18/10 | Embassy of Greece | Department of State<br><br>Department of Justice | Verbal Notice | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID: 22[7]<br><br>(b)(6) and (b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Names of DOS Staff and OIA Staff, Handwritten Notes of IPTU Staff | 0 | 1 | 0 | 0 |
| 276-287 | | | | | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 23 (12 Pages Referred to BOP) | - | - | - | - |
| 288-291 | Undated | | | Statement of Reasons from Inmate Pre-sentence Report | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 24<br><br>(b)(7)(F) | 4 | 0 | 0 | 0 |

[7] This document was referred to the Department of State. This Court recently granted summary judgment as to this record. *See* Opinion and Order (September 27, 2023) at 27.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Record Includes Details of the Underlying Criminal Charges, which Pertain to Child Pornography* | | | | |
| 292-298 | | | | | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 25 (7 Pages Referred to BOP) | - | - | - | - |
| 299-313 | 3/21/08 | | | Presentence Investigation Report/US v. Donatos Sarras | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID 26<br><br>(b)(7)(F)<br><br>*Record Includes Details of the Underlying Criminal Charges, which Pertain to Child Pornography*<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Names and Other Personally Identifiable Information of Third Parties | 15 | 0 | 0 | 0 |
| 314-411 | | | | Letter Re: Treaty Transfer of Donatos Sarras to Greece, including attachments | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc ID: 3 (only 98 pages of the attachments)<br><br>(b)(6) and(b)(7)(C) | 0 | 19 | 79 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Federal Government Personnel*: Names and Initials of IPTU Staff and BOP Staff, Handwritten notes of IPTU Staff<br><br>*Names and Identifying Information of Third Parties*: Names and Initials of Third Parties | | | | |
| 412-509 | 4/7/16 | Sarras | Wolff | Letter Re: Treaty Transfer of Donatos Sarras to Greece, including attachments | *Duplicate*<br><br>November 22, 2019 – See Jones Vaughn, Doc ID: 3 (only 98 pages of the attachments)<br><br>(b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Names and Initials of IPTU Staff and BOP Staff, Handwritten notes of IPTU Staff<br><br>*Names and Identifying Information of Third Parties*: Names and Initials of Third Parties | 0 | 19 | 79 | 0 |
| 571-572[8] | | | | Processing Notes for Case CRM300525988 | (b)(5) (Deliberative Process Privilege)<br><br>*Internal Memorandum or Documents Regarding a Pending FOIA Request*<br><br>(b)(6) | 2 | 0 | 0 | 0 |

---

[8] This Court recently granted summary judgment as to this record. *See* Opinion and Order (September 27, 2023) at 20.

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff | | | | |
| 587-693[9] | | | | | *Duplicate*<br><br>November 22, 2019 – *See* Jones Decl., Exhibit E (Vaughn): Doc IDs 3, 9, 14, 18, 19, 23 (only the first seven pages), 38, 42, 44 (107 Pages referred to BOP) | - | - | - | - |
| **April 18, 2022 – Interim Response** | | | | | | | | | |
| 1 | Redacted | | | Covert Cover Sheet | (b)(5) (Deliberative Process Privilege)<br><br>*Internal Memorandum or Documents Regarding a Pending Investigation*<br><br>(b)(6) and (b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*:  Handwritten recommendation of SOU Staff and the Name of SOU Staff<br><br>*Names and Identifying Information of Third Parties*: Name, Demographic Information, and Other Personally Identifiable Information<br><br>*Names and Other Identifying Information of Third Parties Who Provided Information* – Per FBI | 0 | 1 | 0 | 0 |

[9] Document 694 was removed from this packet. It appears to have been a not responsive document that was inadvertently incorporated into this interim response and improperly marked as a BOP referral page. Accordingly, the February 16, 2022, response only contains 693 pages.

*Donatos Sarras v. United States Department of Justice*, **No. 19-cv-0861 (D.D.C.)**
**Criminal Division's Revised Supplemental *Vaughn* Index**
**February 9, 2024**

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (b)(7)(D) *Names and Other Identifying Information of, and Information Provided by, Individuals Under an Implied Assurance of Confidentially* – Per FBI (b)(7)(E) *Types and Dates of an Investigation* – Per FBI | | | | |
| 2 | 8/27/2007 | SOU Staff | File | Memorandum Subject: Use of Federal Prisoner | (b)(6) and(b)(7)(C) *Names and Identifying Information of Federal Government Personnel*: Name and Signature of SOU Staff and Name of FBI Staff *Names and Identifying Information of Third Parties*: Name of Third Party *Names and Other Identifying Information of Third Parties Who Provided Information* – Per FBI *Names and Other Identifying Information of FBI Special Agents and Professional Staff* – Per FBI (b)(7)(D) | 0 | 1 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld Material Categories | WIF | RIP | RIF | N/R[1] |
|----------|------|------|-----|--------------------|----------------------------------------------|-----|-----|-----|--------|
| | | | | | *Names and Other Identifying Information of, and Information Provided by, Individuals Under an Implied Assurance of Confidentially* – Per FBI | | | | |
| 3 | Redacted | FBI Staff | OEO | FBI Facsimile Cover Sheet<br><br>Subject: Sarras OEO Request – Withdrawal | (b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of SOU Staff<br><br>*Names and Other Identifying Information of FBI Special Agents and Professional Staff* – Per FBI<br><br>(b)(7)(E)<br><br>*Types and Dates of an Investigation, FBI Secure Fax Numbers and Internal Phone Numbers* – Per FBI | 0 | 1 | 0 | 0 |
| 4 | Redacted | FBI Staff | Senior Associate Director, OEO | Memorandum<br><br>Subject: Donatos Sarras – Withdrawal Notice<br><br>Attachment to Page 3 | (b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of SOU Staff<br><br>*Names and Identifying Information of Third Parties*: Name of Third Party<br><br>*Names and Other Identifying Information of FBI Special Agents and Professional Staff, Names and Other Identifying Information of Third Parties Who Provided Information* – Per FBI | 0 | 1 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (b)(7)(D)<br><br>*Names and Other Identifying Information of, and Information Provided by, Individuals Under an Implied Assurance of Confidentially* – Per FBI<br><br>(b)(7)(E)<br><br>*Types and Dates of an Investigation, FBI Secure Fax Numbers and Internal Phone Numbers* – Per FBI | | | | |
| 5 | Redacted | FBI Staff | OEO | FBI Facsimile Cover Sheet<br><br>Subject: Tampa OEO Request | (b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*:  Name of SOU Staff<br><br>*Names and Other Identifying Information of FBI Special Agents and Professional Staff and* – Per FBI<br><br>(b)(7)(E)<br><br>*Types and Dates of an Investigation, FBI Secure Fax Numbers and Internal Phone Numbers* – Per FBI | 0 | 1 | 0 | 0 |
| 6-7 | Redacted | FBI Staff | FBI Staff | Email between FBI Staff<br><br>Subject: OEO Questions | (b)(6) and(b)(7)(C) | 0 | 2 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld Material Categories | WIF | RIP | RIF | N/R[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Attachment to Page 5 | *Names and Identifying Information of Third Parties*: Name, Demographic Information, and Other Personally Identifiable Information<br><br>*Names and Other Identifying Information of FBI Special Agents and Professional Staff, Names and Other Identifying Information of Third Parties Who Provided Information, Names of Non-FBI Federal Government Personnel* – Per FBI<br><br>(b)(7)(D)<br><br>*Names and Other Identifying Information of, and Information Provided by, Individuals Under an Implied Assurance of Confidentially* – Per FBI<br><br>(b)(7)(E)<br><br>*Investigation Focus of a Specific Investigation, Types and Dates of an Investigation, FBI Secure Fax Numbers and Internal Phone Numbers* – Per FBI | | | | |
| 8 | Redacted | FBI Staff | OEO | FBI Facsimile Cover Sheet<br><br>Subject: OEO Request – Tampa FBI | (b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*:  Name of SOU Staff | 0 | 1 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld Material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Names and Other Identifying Information of FBI Special Agents and Professional Staff –* Per FBI<br><br>(b)(7)(E)<br><br>*Types and Dates of an Investigation, FBI Secure Fax Numbers and Internal Phone Numbers –* Per FBI | | | | |
| 9-12 | Redacted | FBI Staff | FBI Staff – Tampa | FBI Request for Use of Law Enforcement Technique<br><br>Attachment to Page 8 | (b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Name, Demographic Information, and Other Personally Identifiable Information<br><br>*Names and Other Identifying Information of FBI Special Agents and Professional Staff, Names and Other Identifying Information of Third Parties Who Provided Information, Names of Non-FBI Federal Government Personnel –* Per FBI<br><br>(b)(7)(D)<br><br>*Names and Other Identifying Information of, and Information Provided by, Individuals Under an Implied Assurance of Confidentially –* Per FBI<br><br>(b)(7)(E) | 3 | 1 | 0 | 0 |

*Donatos Sarras v. United States Department of Justice*, **No. 19-cv-0861 (D.D.C.)**
**Criminal Division's Revised Supplemental *Vaughn* Index**
**February 9, 2024**

| PAGE NO. | DATE | FROM | TO | DOCUMENT DESCRIPTION | DESCRIPTION OF WITHHELD MATERIAL CATEGORIES | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Investigation Focus of a Specific Investigation, Types and Dates of an Investigation, Sensitive Investigative File Numbers, FBI Secure Fax Numbers and Internal Phone Numbers* – Per FBI | | | | |
| 13-59 | Redacted | | | Law Enforcement Report Pertaining to a Third Party | (b)(6) and(b)(7)(C)<br><br>*Names and Identifying Information of Third Parties*: Name, Demographic Information, and Other Personally Identifiable Information<br><br>*Names and Other Identifying Information of Third Parties Who Provided Information* – Per FBI<br><br>(b)(7)(D)<br><br>*Names and Other Identifying Information of, and Information Provided by, Individuals Under an Implied Assurance of Confidentially* – Per FBI | 47 | 0 | 0 | 0 |
| 60-68 | | | | FOIA/PA Unit Internal Tracking System Reports, Including the Following Sections: Intake Form, Blitz Form, Processing Notes, Closeout Form, Notes, Attachments, Relationships, Response | (b)(6)<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff<br><br>*Names and Identifying Information of Third Parties*: Name of a FOIA Requester | 0 | 2 | 7 | 0 |

*Donatos Sarras v. United States Department of Justice*, No. 19-cv-0861 (D.D.C.)
Criminal Division's Revised Supplemental *Vaughn* Index
February 9, 2024

| Page No. | Date | From | To | Document Description | Description of Withheld material Categories | WIF | RIP | RIF | N/R [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Forms, and Status Forms | | | | | |
| **Supplemental Response – December 12, 2022** | | | | | | | | | |
| 3-4 | 12/1/2015 | IPTU Staff | Matthewson -Harris | Email chain between IPTU Staff and FOIA/PA Staff | (b)(6)<br><br>*Names and Identifying Information of Federal Government Personnel*: Name and Email Address of IPTU Staff; Phone Numbers and Email Address of FOIA/PA Staff | 0 | 2 | 0 | 0 |
| 5 | 11/12/2015 | Mathewson -Harris | IPTU Staff<br><br>Johnson | Email between IPTU Staff and FOIA/PA Staff | (b)(6)<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff; Phone Numbers and Email Address of FOIA/PA Staff | 0 | 1 | 0 | 0 |
| 9-10 | 3/24/16 | Sarras | Courter | Status Request Letter<br><br>Request No. CRM-300510081 | (b)(6)<br><br>*Names and Identifying Information of Third Parties*: Name of Foreign Law Enforcement Official | 0 | 1 | 1 | 0 |
| 12 | 7/1/15 | Wolf | Courter | FOIA CRM-300487614, Donatos Sarras | November 22, 2019 – See Jones Vaughn, Doc ID: 6[10]<br><br>(b)(6) and (b)(7)(C)<br><br>*Names and Identifying Information of Federal Government Personnel*: Name of IPTU Staff | 0 | 1 | 0 | 0 |

[10] Only the information protected pursuant to Exemptions 6 and 7(C) remain.  *See* McCoy Decl. ¶ 13 n.3; *see also* Opinion and Order (September 27, 2023) at 19 n.12.

# Exhibit B



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

**VIA U.S. Certified Mail**                    January 31, 2024

Mr. Donatos Sarras
Register No. 26739-018
United States Penitentiary
Post Office Box 24550
Tucson, AZ 85734

Re: <u>Sarras v. U.S. Department of Justice,</u> No. 19-cv-0861 (D.D.C.)

Dear Mr. Sarras:

In accordance with the Court's September 27, 2023, Opinion and Order, enclosed please find the supplemental releases previously sent to you during this litigation with page pagination.

Sincerely,

Christina Butler
Chief
FOIA/PA Unit

Enclosures

Cc: AUSA Patricia McBride (PMcBride@usa.doj.gov)