UNITED STATES DISTRICT AND BANKRUPTCY
COURTS FOR THE DISTRICT OF COLUMBIA

DONATOS SARRAS
PLAINTIFF

vs.                                    CASE No.: 19-CV-861 (CRC)

USDOJ, CRIMINAL DIVISION
DEFENDANT
_____/

## NOTICE

COMES NOW MR. DONATOS SARRAS ("PLAINTIFF") PRO SE AND GIVES NOTICE THAT:

(1) PLAINTIFF IS IN RECEIPT OF TWO (2) COPIES OF DEFENDANT'S SECOND RENEWED MOTION FOR SUMMARY JUDGMENT NONE OF WHICH HOWEVER WAS DELIVERED WITH: (A) THE "BUTLER DECLARATION", AND (B) THE "UPDATED VAUGHN INDEX", REFERENCED IN DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAID MOTION.

(2) ON MARCH 3, 2024, LIEUTENANT ESPINOZA KINDLY RETURNED TO PLAINTIFF THE PAST FILINGS (COPIES) AND DISCOVERY ASSOCIATED WITH THE PRESENT ACTION ("MATERIAL"). WHILE AT LOCKDOWN, BOP EMPLOYEES MAERK AND SANDERS HAD TAKEN SAID MATERIAL FROM PLAINTIFF FOLLOWING, SUPPOSEDLY, MAERK'S COMMUNICATION WITH DEFENDANT DURING WHICH [COMMUNICATION] MAERK BECAME AWARE THAT THE PRESENT LEGAL ACTION IS "NOT A CASE", THAT THE COURT IS "NOT A COURT" AND THAT THE COURT'S ORDER(S) ARE "NOT ORDERS BUT EMAILS". MAERK HAD DENIED TO BRING

RECEIVED
MAR 11 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

PLAINTIFF IN CONTACT WITH THE GREEK CONSULATE AND TO PROCESS PLAINTIFF'S ADMINISTRATIVE REMEDY REQUEST ("FILE A SENSITIVE 9 IF YOU CAN."). ATTORNEY LISA FIGUEROA'S CALLS TO THE FACILITY (USP TUCSON) REGARDING THE ISSUE(S) HAVE NOT BEEN RETURNED.

(3) PLAINTIFF WILL PROMPTLY REQUEST SUMMARY JUDGMENT AND RESPOND TO DEFENDANT'S MOTION ONCE HE HAS RECEIVED:
(A) THE "BUTLER DECLARATION" AND "UPDATED VAUGHN INDEX";
(B) AN UPDATED SCHEDULING ORDER FROM THE COURT.

SIGNED THIS SUNDAY MARCH 3, 2024.

RESPECTFULLY SUBMITTED,

_____
DONATOS SARRAS

DECLARATION AND OATH OF PLAINTIFF

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON MONDAY 4, 2024, AT USP TUCSON, TUCSON ARIZONA.

_____
DONATOS SARRAS

## DECLARATION AND CERTIFICATE OF SERVICE

I, DONATOS SARRAS, DECLARE AND CERTIFY UNDER PENALTY OF PERJURY PER 28 USC § 1621 THAT I AM INCARCERATED AND ON THIS 5th DAY OF MARCH, 2024, I DELIVERED THE PRESENT DOCUMENT TO PRISON OFFICIALS WITH CERTIFIED MAIL POSTAGE PAID BY ME; AND ALSO MAILED A COPY OF IT TO ATTORNEY FOR THE DEFENDANT, AUSA PATRICIA McBRIDE AT 555 FOORTH STREET, NW, WASHINGTON DC 20530.

DONATOS SARRAS