UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONATOS SARRAS,            )<br>                           )<br>        Plaintiff,          )<br>                           )<br>        v.                 )<br>                           )<br> U.S. DEPARTMENT OF JUSTICE,)<br>                           )<br>        Defendant.         )<br>                           ) | Civil Action No. 19-0861 (CRC) |

**NOTICE**

Defendant, the U.S. Department of Justice, by and through undersigned counsel hereby notifies this Court that Defendant is sending an additional copy of Defendant's Motion for Summary Judgment, Memorandum of Points and Authorities, Butler Declaration and Updated Vaughn Index (ECF No. 93) to Plaintiff. Undersigned had originally sent these documents to Plaintiff on February 16, 2024. She has reviewed Plaintiff's Notice (*see* ECF No. 95) indicating he did not receive most of the summary judgment filing.

Dated: March 14, 2024
        Washington, DC

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES, D.C. Bar. #481052
                                        United States Attorney

                                        BRIAN P. HUDAK
                                        Chief, Civil Division

                                        By:      /s/
                                            PATRICIA K. MCBRIDE
                                            Assistant United States Attorney
                                            601 D Street, NW
                                            Washington, DC 20530
                                            202-252-7123

                                        *Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Notice along with and entire copy of Defendant's renewed motion for summary judgment, declaration, and exhibits, to be served by Certified Mail on the 14th day of March 2024, to *pro se* Plaintiff via certified class mail system to:

DONATOS SARRAS
26739-018
TUCSON UNITED STATES PENITENTIARY
Inmate Mail/Parcels
P.O. Box 24550
TUCSON, AZ 85734

                                                Respectfully submitted,

                                                _____/s/_____
                                                PATRICIA K. MCBRIDE
                                                Assistant United States Attorney