EXHIBIT SJ3.1

3. **300510081 Danotas Sarras**
Subject: How many approved IPTs from year 2010 to 2015 between the U.S. and Greece.

Assignment: Margaret/LaShawn    Perfected date: 1/11/2016

Search Sent: 2/29/2016    Search Results Received: 3/15/2016

Status: Submitted for review on Junes 20, 2016


Non-Responsive

| Task Action | Obj Title | Foia Assignee | Primary Reviewer | Obj Id | Requester | Obj Requesttype | Obj Requestperfecteddate | Current With |
|---|---|---|---|---|---|---|---|---|
| Final Review | Gambling Device Registration | Johnson, LaShawn | Mathewson-Harris, Margaret | 300506707 | (b)(6) | Freedom of Information Act | 12/29/2015 | Jones, Amanda |
| FOIA Assignee | International Prisoner Transfers - Greece | Johnson, LaShawn | Mathewson-Harris, Margaret | 300510081 | Donatos Sarras | Freedom of Information Act | 01/06/2016 | Johnson, LaShawn |
| FOIA Assignee | Gambling Device Registration | Johnson, LaShawn | Mathewson-Harris, Margaret | 300510289 | (b)(6) | Freedom of Information Act | 01/05/2016 | Johnson, LaShawn |
| Final Review | Gambling Device Registration | Johnson, LaShawn | Mathewson-Harris, Margaret | 300512651 | | Freedom of Information Act | 01/19/2016 | Jones, Amanda |
| FOIA Assignee | Auburn Police Department - FY 2015 Allocations of Asset Forfeiture Funds | Johnson, LaShawn | Brodfuehrer, Gail | 300514033 | | Freedom of Information Act | 02/02/2016 | Johnson, LaShawn |
| FOIA Assignee | Third Party Records | Johnson, LaShawn | Brodfuehrer, Gail | 300514606 | | Freedom of Information Act | 02/09/2016 | Johnson, LaShawn |
| CEOS Search | Project Safe Childhood | Johnson, LaShawn | Mathewson-Harris, Margaret | 300515431 | | Freedom of Information Act | 02/18/2016 | Mestas, Daniel |
| FOIA Assignee | Asset Fofeiture Program - Baldwin Park, CA | Johnson, LaShawn | Brodfuehrer, Gail | 300515454 | | Freedom of Information Act | 02/18/2016 | Johnson, LaShawn |

EXHIBIT SJ3.2

## COVERT COVER SHEET

**PRIOR OEO RECORD**

Previous SOU#:

Source — ☐ Yes ☒ No  
Target — ☐ Yes ☒ No  8-14-07

WITSEC — ☐ Yes ☐ No  
WITSEC — ☐ Yes ☐ No

Date: Per FBI (b)(7)(E)

ASSIGNED ANALYST: (b)(6), (b)(7)(C)

CASE#: SOU-2007-0151

Source/Target: SOURCE (b)(6), (b)(7)(C); Per FBI (b)(6), (b)(7)(C), (b)(7)(D)

Date Rec'd: Per FBI (b)(7)(E)      DOB: (b)(6), (b)(7)(C) Per FBI (b)(6), (b)(7)(C)     (b)(6), (b)(7)(C)
Agency/District:      SSN:
Federal Bureau Of Investigation

Florida, Middle  
Target(s):  
PRISON - SARRAS, DONATOS

Date App'd:      Length of Approval:      Ext:

Comments: **NONE**

**Type of Utilization:**

Consensual    Bodywire

Date Denied: Per FBI (b)(7)(E)      Reason for denial:
Date Withdrawn:      Reason: (b)(5), (b)(6), (b)(7)(C)



**U.S. Department of Justice**

*Criminal Division*
*Office of Enforcement Operations*
*Witness Security and Special Operations Unit*
*950 Pennsylvania Ave., NW*

Washington, DC 20530

August 27, 2007

### SENSITIVE INVESTIGATIVE MATTER

**MEMORANDUM**

**TO:** File

**FROM:** [redacted (b)(6), (b)(7)(C)]
Criminal Intelligence Analyst

**SUBJECT:** Use of Federal Prisoner [redacted (b)(6), (b)(7)(C), Per FBI (b)(6), (b)(7)(C), (b)(7)(D)]

On Monday, August 27, 2007 [redacted] of the Federal Bureau of Investigation advised me that his office was withdrawing the request to use [redacted] to conduct consensually recorded conversations. The Assistant United States Attorney believed there was an issue with 28 USC 530 (B), and [redacted] defense counsel did not concur with the request.

Per FBI (b)(7)(E) 5:00



# FBI FACSIMILE
# COVER SHEET

**PRECEDENCE**
- ☐ Immediate
- ☐ Priority
- ☒ Routine

**CLASSIFICATION**
- ☐ Top Secret
- ☐ Secret
- ☐ Confidential
- ☐ Sensitive
- ☒ Unclassified

Time Transmitted: _____
Sender's Initials: _____
Number of Pages: ✓
(including cover sheet)

Per FBI (b)(7)(E)

Date: _____

To: OEO
Name of Office

Facsimile Number: 202-514-5143
(b)(6), (b)(7)(C)

Attn: _____
Name / Room / Telephone

From: _____
Name of Office

Subject: SALLAS OEO Request - Withdrawal

Special Handling Instructions: _____

Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)                Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)

Originator's Name: _____        Telephone _____

Originator's Facsimile Number: _____

Approved: _____

Brief Description of Communication Faxed: _____

**WARNING**

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or the local FBI Office immediately to arrange for proper disposition.   April 18, 2022 - Interim Response Page 003

Per FBI (b)(7)(E)   15:00

FD-925 (Rev. 9-22-2000)

# Memorandum

To : Senior Associate Director   Date [Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)]
     Office of Enforcement Operations

From [Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)] – Unit Chief, [Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)]

Subject : DONATOS SARRAS;
         [Per FBI (b)(6), (b)(7)(C)]

WITHDRAWAL NOTICE

Pursuant to the [redacted] telephonic conversation between Federal Bureau of Investigation SSA [Per FBI (b)(6), (b)(7)(C), (b)(7)(D) & (b)(7)(E)] and [Per FBI (b)(6), (b)(7)(C)] Office of Enforcement Operations (OEO), [Per FBI (b)(6), (b)(7)(C), (b)(7)(D) & (b)(7)(E)] in the course of captioned investigation is withdrawn.

Per FBI (b)(7)(E)  10:46



# FBI FACSIMILE COVER SHEET

**PRECEDENCE**
- [ ] Immediate
- [ ] Priority
- [X] Routine

**CLASSIFICATION**
- [ ] Top Secret
- [ ] Secret
- [ ] Confidential
- [ ] Sensitive
- [X] Unclassified

Time Transmitted: ___
Sender's Initials: ___
Number of Pages: 5
(including cover sheet)

Date: ___

To: __OEO__
   Name of Office

Facsimile Number: __202-514-5143__

Attn: __(b)(6), (b)(7)(C)__
   Name        Room        Telephone

From: __Per FBI (b)(6), (b)(7)(C)__
   Name of Office

Subject: __TAMPA OEO Request__

Special Handling Instructions: ___

Originator's Name: __(b)(6), (b)(7)(C) & (b)(7)(E)__    Telephone: __Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)__

Originator's Facsimile Number: ___

Approved: ___

Brief Description of Communication Faxed: __Email script reflecting questions posed to TAMPA & their response.__

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this Information is prohibited (18.USC, § 641). Please notify the originator or the local FBI Office immediately to arrange for proper disposition.

April 18, 2022 - Interim Response Page 005

Per FBI (b)(7)(E)  10:46                                                                                   P.02/03

From:            Per FBI (b)(6), (b)(7)(C), (b)(7)(E)
Sent:
To:
Cc:              OEO Questions
Subject:
UNCLASSIFIED
NON-RECORD

Per FBI (b)(6), (b)(7)(C), (b)(7)(D), (b)(7)(E)



Per FBI (b)(7)(E)

10:46



Per FBI (b)(6), (b)(7)(C), (b)(7)(D), (b)(7)(E)

UNCLASSIFIED


Per FBI (b)(7)(E)  14:51



# FBI FACSIMILE COVER SHEET

**PRECEDENCE**
- [ ] Immediate
- [ ] Priority
- [X] Routine

**CLASSIFICATION**
- [ ] Top Secret
- [ ] Secret
- [ ] Confidential
- [ ] Sensitive
- [X] Unclassified

Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)
Time Transmitted:
Sender's Initials:
Number of Pages: _____
(including cover sheet)

Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)
Date:

To: __OEO__
Name of Office

Facsimile Number: __202-514-5143__

Attn: __(b)(6), (b)(7)(C)__
Name      Room      Telephone

From: __SSA__ __Per FBI (b)(6), (b)(7)(C)__
Name of Office

Subject: __OEO Request - Tampa FROE__

Special Handling Instructions: ____

Originator's Name: __SSA__ Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)
Telephone: Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)

Originator's Facsimile Number: Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)

Approved: ____

Brief Description of Communication Faxed: ____

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18,USC, § 641). Please notify the originator or the local FBI Office immediately to arrange for proper disposition.

Per FBI (b)(7)(E) 14:37                                         P.02/05

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: PRIORITY                              Date: Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)

To: Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)         Attn: Violent Crime Section
                                                  SSA Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)
                                                  SSA

From: Tampa
      ORA1
      Contact: SA Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)

Approved By: Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)

Drafted By: Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)

Case ID #: Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)  (Pending)

Title: DONATOS SARRAS;
       ET AL.
       Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)

Synopsis: Per FBI (b)(6), (b)(7)(C) & (b)(7)(E)

Details: Per FBI (b)(6), (b)(7)(C) & (b)(7)(D)
         Per FBI (b)(6), (b)(7)(C) & (b)(7)(D)

Per FBI (b)(6), (b)(7)(C), (b)(7)(D) & (b)(7)(E)

Per FBI (b)(6), (b)(7)(C), (b)(7)(D) & (b)(7)(E)



Per FBI (b)(6), (b)(7)(C), (b)(7)(D) & (b)(7)(E)

Per FBI (b)(6), (b)(7)(C), (b)(7)(D) & (b)(7)(E)

(b)(6), (b)(7)(C), Per FBI (b)(6), (b)(7)(C), (b)(7)(D)

