UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONATOS SARRAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-0861 (CRC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION TO ENLARGE TIME TO FILE ITS REPLY TO ITS
RENEWED MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(a), Defendant United States Department of Justice (the "Department"), by and through undersigned counsel, respectfully moves for an enlargement of time of three weeks to file its reply in support of its motion for summary judgment until June 7, 2024. The motion is currently due on May 15, 2024. The extension is necessary because undersigned counsel needs additional time to complete the reply. She has been working to complete motions for summary judgment in other matters on her extensive case load. In addition, she was out of the office initially on leave, then on sick leave for several days over the last three weeks. This request is not made for purposes of delay. Pursuant to Local Civil Rule 7(m), undersigned counsel has been unable to confer with Plaintiff because he is incarcerated.

Wherefore the Defendant respectfully requests an extension until June 7, 2024, 2024.

Dated: May 15, 2024
    Washington, DC

        Respectfully submitted,

        MATTHEW M. GRAVES, D.C. Bar. #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division


By:     /s/
        PATRICIA K. MCBRIDE
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        202-252-7123

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONATOS SARRAS,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 19-0861 (CRC)<br>)<br>)<br>)<br>)<br>) |

### **[PROPOSED] ORDER**

Upon consideration of the Defendant's Motion for Enlargement of Time, it is hereby ORDERED that Defendant shall file its renewed motion on or before June 7, 2024; it is

SO ORDERED.


Date: _____          _____
                               United States District Judge

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Motion for an Extension to be served by Certified Mail on the 16th day of May 2024, to *pro se* Plaintiff via certified class mail system to:

DONATOS SARRAS
26739-018
TUCSON UNITED STATES PENITENTIARY
Inmate Mail/Parcels
P.O. Box 24550
TUCSON, AZ 85734

                                            Respectfully submitted,

                                            _____/s/_____
                                            PATRICIA K. MCBRIDE
                                            Assistant United States Attorney