UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONATOS SARRAS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 19-0861 (CRC) |

**MOTION TO ENLARGE TIME TO FILE A REPLY IN FURTHER SUPPORT OF
DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(a), Defendant the United States Department of Justice (the "Department"), by and through undersigned counsel, respectfully moves for an additional enlargement of time of three weeks, up to and including June 28, 2024, to file a reply in further support of its renewed motion for summary judgment in this Freedom of Information Act ("FOIA") case. Pursuant to the Court's May 17, 2024, Minute Order, Defendant's reply is currently due on June 7, 2024. Good cause exists to grant this motion. In support of this motion, Defendant states as follows:

1.      Pro se Plaintiff Donatos Sarras filed his Complaint in this matter on March 25, 2019. ECF No. 1.

2.      After Defendant reported that productions had been completed in this matter, Defendant moved for summary judgment on September 21, 2020, including the submission of an *ex parte* and *in camera* declaration. ECF Nos. 27, 28; Sept. 30, 2020 Min. Order (granting Defendant's motion for leave to file a declaration *ex parte* and *in camera*). Briefing on Defendant's initial summary judgment motion was completed by March 2021. *See generally,* Docket.

3.      On August 5, 2021, the Court entered a Memorandum Opinion and Order granting in part Defendant's motion.  ECF No. 44.  Therein, the Court ordered the government to submit a supplemental declaration "addressing the issues on which the Court reserved judgment."  *Id*. at 21. The government did so on December 22, 2021, and that declaration detailed supplemental searches and record processing that Defendant was conducting in light of the Court's August 5, 2021, Opinion and Order.  ECF No. 48-1.

4.      After additional proceedings, Defendant renewed its Motion for Summary Judgment on January 9, 2023, ECF No. 72, however that renewed motion was amended on January 13, 2023.  ECF Nos. 73-74.  Defendant's renewed motion, as well as a cross-motion from Plaintiff, were fully briefed as of June 2, 2023.  *See generally* Docket.

5.      On September 27, 2023, the Court entered a Memorandum Opinion and Order granting in part Defendant's renewed motion and denying in part Plaintiff's Motion.  ECF No. 87. Therein, the Court ordered the government to submit "a supplemental memorandum in support of summary judgment, accompanied by a revised *Vaughn* Index or supplemental declarations, addressing the issues on which the Court reserved judgment."  *Id*. at 28.

6.      After seeking and receiving several extensions of time, Defendant submitted its supplemental memorandum in support of its renewed motion on February 16, 2024.  ECF No. 93. Plaintiff filed an opposition and cross-motion on April 22, 2024.  ECF Nos. 97, 98.  After having sought and received one extension of time, Defendant's deadline to file its combined opposition and reply is currently June 7, 2024.

7.      The additional requested extension is necessary because an additional declaration is needed to support the government's combined opposition and reply.[1]   Undersigned counsel learned from agency counsel earlier this week that the declarant is out of the office this week.   As a result, the Department needs additional time to have the declaration finalized and reviewed prior to finalizing its combined opposition and reply brief.

8.      In addition, undersigned counsel will be out of the country for scheduled leave from June 11, 2024, until June 20, 2024.

9.      Pursuant to Local Civil Rule 7(m), undersigned counsel has not conferred with *pro se* Plaintiff regarding the relief sought in this motion as Plaintiff is incarcerated.

10.      Pursuant to the Court's May 17, 2024, Minute Order requiring that "[a]ny further extension requests from Defendant must be accompanied by a statement that the request has the approval of a supervisor in the U.S. Attorney's Office," undersigned counsel represents that on June 3, 2024, she discussed this matter and the circumstances necessitating this extension request with her immediate supervisor, Deputy Chief Diana Valdivia.   After discussions with the undersigned and agency counsel regarding the circumstances, counsel's supervisor approved this extension request.   The Office's Civil Chief, Brian Hudak, has also been briefed on the history of extension requests in this matter and the instant extension motion, and he agrees this motion is advisable to permit the Court the benefit of a full record, including a supplemental agency declaration, in reviewing the matters in dispute in this case.

---

[1]      Defendant currently anticipates that it may seek leave to file this declaration *ex parte* and *in camera*.

Wherefore the Defendant respectfully requests an extension until June 28, 2024, to file a combined opposition and reply in further support of Defendant's renewed motion for summary judgment in this matter.

Dated:  June 6, 2024
           Washington, DC

                                                  Respectfully submitted,

                                                  MATTHEW M. GRAVES, D.C. Bar. #481052
                                                  United States Attorney

                                                  BRIAN P. HUDAK
                                                  Chief, Civil Division


                                                  By:          /s/ Patricia K. McBride
                                                       PATRICIA K. MCBRIDE
                                                       Assistant United States Attorney
                                                       601 D Street, NW
                                                       Washington, DC 20530
                                                       (202) 252-7123

                                                  *Attorneys for the United States of America*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONATOS SARRAS,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | Civil Action No. 19-0861 (CRC) |
| ) | |
| DEPARTMENT OF JUSTICE,      ) | |
| ) | |
| Defendant.      ) | |
| ) | |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's motion for enlargement of time, and the entire record herein, and for good cause shown, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall file its renewed motion on or before June 28, 2024.

SO ORDERED.

Date: _____

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Motion for an Extension to be served by

Certified Mail on the 16th day of May 2024, to *pro se* Plaintiff via certified class mail system to:

DONATOS SARRAS
26739-018
TUCSON UNITED STATES PENITENTIARY
Inmate Mail/Parcels
P.O. Box 24550
TUCSON, AZ 85734


Respectfully submitted,

_____/s/_____
PATRICIA K. MCBRIDE
Assistant United States Attorney