UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONATOS SARRAS,              )<br>                                           )<br>        Plaintiff,               )<br>                                           )<br>    v.                                  )<br>                                           )<br>U.S. DEPARTMENT OF JUSTICE, )<br>                                           )<br>        Defendant.             )<br>                                           ) | Civil Action No. 19-0861 (CRC) |

# NOTICE

Defendant, the U.S. Department of Justice, by and through undersigned counsel hereby notifies this Court that Defendant is filing the attached corrected copy of its renewed motion for summary judgment filed on June 28, 2024 as ECF No. 101 to correct ECF No. 101 at 4[1]. Defendant also hereby files as an exhibit the Second Supplemental Butler Declaration which it inadvertently failed to file on June 28, 2024.

Dated: July 2, 2024
          Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:        /s/
PATRICIA K. MCBRIDE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-7123

---

[1] Defendant corrects its cite on page 4 of ECF No.101 to reflect Mem. Opin. ECF No. 44 at 15-19 instead of ECF No. 87 at 15-19.

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Notice along with and entire copy of Defendant's corrected renewed motion for summary judgment, declaration, and exhibits, to be served by Certified Mail on the 2nd day of July 2024, to *pro se* Plaintiff via certified class mail system to:

DONATOS SARRAS
26739-018
TUCSON UNITED STATES PENITENTIARY
Inmate Mail/Parcels
P.O. Box 24550
TUCSON, AZ 85734

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  PATRICIA K. MCBRIDE
                                                  Assistant United States Attorney