UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONATOS SARRAS,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 19-0861 (CRC) |

## SECOND DECLARATION OF CHRISTINA BUTLER

I, Christina Butler, declare:

1.      I am the Chief of the Freedom of Information Act ("FOIA")/Privacy Act ("PA") Unit in the Office of Enforcement Operations ("OEO") in the Criminal Division ("Criminal Division") of the United States Department of Justice ("DOJ").  I have held this position since August 25, 2022.  I served as the Deputy Chief of the FOIA/PA Unit from January 23, 2017, to my current appointment. I am a member of the Illinois Bar.

2.      In my official capacity, I supervise thirteen employees whose mission it is to effectively respond to requests for access to Criminal Division records.  Furthermore, I am responsible for, among other things, supervising the handling of the FOIA and PA requests processed by the Criminal Division, FOIA/PA Unit.  Additionally, I am responsible for, among other things, providing litigation support and assistance to Assistant United States Attorneys and Civil Division Trial Attorneys who represent the Criminal Division in lawsuits filed in federal court under the FOIA and/or the PA stemming from requests for Criminal Division records.

3.      Due to the nature of my official duties, I am familiar with the procedures followed

by the Criminal Division in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the PA, 5 U.S.C. § 552a.  Specifically, I am familiar with the FOIA requests submitted by Plaintiff to the Criminal Division at issue in this litigation and the Criminal Division's actions taken to search for potentially responsive records and respond to Plaintiff's requests.

4. I make the statements herein based on my personal knowledge, as well as on information provided to me by others within the Criminal Division with knowledge of the search, documents at issue in this case, and the overall processing of Plaintiff's requests, and on information acquired by me in the course of performing my official duties in the FOIA/PA Unit.

5. The Criminal Division submits this declaration to respond to certain issues raised in Plaintiff's Response in Opposition to Defendants Second Renewed Motion for Summary Judgment and Cross Motion for Summary Judgment. *See* ECF No. 97 ("Plaintiff's Motion") by offering clarity on the *Vaughn* for two pages and detailing the intended markings for four pages.  This declaration supplements and incorporates by reference my declaration of February 16, 2024.

### December 22, 2021 – Interim Response

6. Pages 14-15 were released to Plaintiff in part.  The withheld information is described in the *Vaughn*. *See* Declaration and *Vaughn* of Christina Butler dated February 16, 2024, ECF No. 93.  Because the pages reflect an email but only clearly displays the sender at the top of page 14, for completeness, the recipients were included on the *Vaughn*.  A copy of December 22, 2021 – Interim Response, pages 14-15, are attached hereto as Exhibit A.

### April 18, 2022 – Interim Response

7. On June 6, 2024, the Criminal Division FOIA/PA Unit sent the Plaintiff, via certified mail, a corrected copy of the following pages: April 18, 2022 – Interim Response Page Nos. 4, 5, 8 and 9, that only reflect Exemption 7(E) markings for the dates. Exemption 7(E) is the

only intended withholding for the dates on these documents.  A copy of the cover letter dated June 6, 2024, is attached hereto as Exhibit B.

    I declare under penalty of perjury that the foregoing is true and correct.

_____
Christina Butler

Executed this 28th day of June 2024

3

# Exhibit A

On Jul 7, 2016, at 8:25 AM, Johnson, LaShawn <​(b)(6)​> wrote:

Hello,

I am primarily working on request 300450803 (b)(6). This request is from my list of 10 cases.

**Non-Responsive**

2. **300510081 Danotas Sarras**

Subject: How many approved IPTs from year 2010 to 2015 between the U.S. and Greece.

Assignment: Margaret/LaShawn        Perfected date: 1/11/2016

Search Sent: 2/29/2016        Search Results Received:

3/15/2016

<u>Status:</u> Received responsive documents on March 10, 2016.
(Submitted for review on June 20, 2016)

# Non-Responsive

# Exhibit B



U.S. Department of Justice

Criminal Division

*Office of Enforcement Operations*                       *Washington, D.C. 20530*

**VIA U.S. Certified Mail**                              June 6, 2024

Mr. Donatos Sarras
Register No. 26739-018
United States Penitentiary
Post Office Box 24550
Tucson, AZ 85734

Re: <u>Sarras v. U.S. Department of Justice,</u> No. 19-cv-0861 (D.D.C.)

Dear Mr. Sarras:

      Enclosed please find a supplemental release of the following bates numbered documents:

      April 18, 2022 – Interim Response Page Nos. 4, 5, 8, and 9.

                                            Sincerely,

                                            Christina Butler
                                            Chief
                                            FOIA/PA Unit

Enclosures

Cc: AUSA Patricia McBride (PMcBride@usa.doj.gov)