UNITED STATES DISTRICT AND BANKRUPTCY
COURTS OF THE DISTRICT OF COLUMBIA

DONATOS SARRAS
  PLAINTIFF
    vs.                                    CASE No.: 19-CV-861 (CRC)
US DOJ, CRIMINAL DIVISION
  DEFENDANT

PLAINTIFF'S REPLY IN FURTHER SUPPORT OF
PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

COMES NOW Mr. DONATOS SARRAS ("PLAINTIFF") PRO SE AND PER THIS HONORABLE COURT'S 6/10/24 MINUTE ORDER RESPECTFULLY FILES HIS REPLY IN FURTHER SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT AND STATES THE FOLLOWING:

1. PLAINTIFF RECEIVED DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (DKT. 101) ON JULY 9, 2024, AND ITS CORRECTED REPLY BRIEF (DKT. 103-1) ON JULY 10, 2024. BECAUSE NEITHER OF THE FILINGS WAS MAILED VIA CERTIFIED MAIL, BOP DID NOT PROCESS THEM AS SPECIAL MAIL TO HAVE PLAINTIFF SIGN FOR THEM.

2. PLAINTIFF HAS NOT RECEIVED DEFENDANT'S SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL AND MOTION FOR LEAVE TO FILE EX-PARTE AND IN CAMERA DECLARATION BUT RECEIVED THE COURT'S RELEVANT MINUTE ORDER ON JULY 10, 2024.

3. DEFENDANT MISREPRESENTS PLAINTIFF'S POSITION AND ARGUMENTS. FOR A PROPER ACCOUNT AND EVALUATION OF PLAINTIFF'S OBJECTIONS TO DEFENDANT'S REQUEST FOR SUMMARY JUDGMENT AND OF PLAINTIFF'S ARGUMENTS IN SUPPORT OF SUMMARY JUDGMENT (IN PLAINTIFF'S FAVOR) ONE MAY REVIEW PLAINTIFF'S BRIEF AND EXHIBITS IN OPPOSITION TO DEFENDANT'S REQUEST FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT. DKT. NOS. 97-98.

4. REGARDING DEFENDANT'S "INFORMANT" AND "THIRD PARTY LAW ENFORCEMENT REPORT", TO PUT THINGS INTO PERSPECTIVE SINCE [NOW] DEFENDANT HAS FILED AN EX-PARTE DECLARATION ON THE SUBJECT AND THE COURT HAS ACCEPTED IT FOR REVIEW, THE INFORMANT'S NAME WAS "CHRISTOPHER TODD ABELE". ABELE, A CAREER CRIMINAL (DRUGS) WAS HELD AT JOHN E. POLK CORRECTIONAL FACILITY (SANFORD FLORIDA) FACING A FEDERAL LIFE SENTENCE. RICK JANCHA WAS THE SUPERVISING AUSA AT ORLANDO WHO HAD JUST TURNED INTO PRIVATE PRACTICE. FROM JULY UNTIL SEPTEMBER 2007 ABELE RECEIVED FROM JANCHA INFORMATION ABOUT SPECIFIC INDIVIDUALS AND THEIR ACTIVITIES WHO JANCHA AND HIS OFFICE HAD BEEN PURSUING FOR YEARS ("UNFINISHED BUSINESS"). ABELE THEN PROFFERED/PRESENTED SUCH INFORMATION AS PERSONAL KNOWLEDGE IN RETURN FOR LENIENCY. AT THIS JUNCTURE FURTHER INFORMATION ABOUT THE INDIVIDUALS ENGAGED IN AND THOSE AFFECTED BY THIS TRANSACTION BETWEEN THE AUSA'S OFFICE IN ORLANDO AND ABELE IS NOT NECESSARY TO BECOME PUBLIC.

CONCLUSION

Plaintiff respectfully requests entry of summary judgment in his favor.

Signed this Thursday July 11, 2024.

Respectfully submitted,

_____
DONATOS SARRAS

DECLARATION AND OATH OF PLAINTIFF

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Thursday July 11, 2024, at USP Tucson, Tucson Arizona

_____
DONATOS SARRAS

## DECLARATION AND CERTIFICATE OF SERVICE

I, DONATOS SARRAS, DECLARE AND CERTIFY UNDER PENALTY OF PERJURY PER 28 USC §1621 THAT I AM INCARCERATED AND ON THIS 11th DAY OF JULY, 2024, I DELIVERED THE PRESENT DOCUMENT TO PRISON OFFICIALS WITH CERTIFIED US MAIL POSTAGE PAID BY ME; AND ALSO MAILED A COPY OF IT TO ATTORNEY FOR THE DEFENDANT, AUSA PATRICIA McBRIDE AT JUDICIARY CENTER 601 D ST. NW, WASHINGTON, DC 20579

DONATOS SARRAS

- 4 -